AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| THE CAPER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:12-CV-357-D** |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| *as successor by merger to Wachovia Bank, N.A.*, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 12].

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 22, 2013** WITH A COPY TO:

David D. Smyth III (via CM/ECF Notice of Electronic Filing)
Matthew Hilton Mall (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>August 22, 2013</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |

Raleigh, North Carolina

AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| THE CAPER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:12-CV-357-D** |
| WELLS FARGO BANK, N.A., | ) | |
| *as successor by merger to Wachovia Bank, N.A.*, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 12].

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 22, 2013** WITH A COPY TO:

David D. Smyth III (via CM/ECF Notice of Electronic Filing)
Matthew Hilton Mall  (via CM/ECF Notice of Electronic Filing)

<u>August 22, 2013</u>　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　<u>/s/ Debby Sawyer</u>
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina